**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  LEE, LOUIS                                §   Case No. 17-27348
                                                  §
                                                  §
                                                  §
            Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 09/13/2017. The undersigned trustee was appointed on 09/13/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of            $       141,940.62

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 33,015.52 |
| Bank service fees | 689.66 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 108,235.44 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/18/2018 and the deadline for filing governmental claims was 03/12/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,756.90. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $9,756.90, for a total compensation of $9,756.90[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $9.02 for total expenses of $9.02[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/18/2018    By: /s/ Richard M. Fogel
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 17-27348  
**Case Name:** LEE, LOUIS  
**For Period Ending:** 06/18/2018

**Trustee Name:** (330720) Richard M. Fogel  
**Date Filed (f) or Converted (c):** 09/13/2017 (f)  
**§ 341(a) Meeting Date:** 10/17/2017  
**Claims Bar Date:** 01/18/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY<br>26 N. Central Ave., Chicago, IL 60644-0000- Jt. tenant with spouse. FMV:$80,000. Subject to mortgage in wife's name only. No equity. Automatic stay modified 1-23-18. | 40,000.00 | 0.00 | | 0.00 | FA |
| 2 | REAL PROPERTY<br>3234 W. Fulton Blvd., Chicago, IL 60624  Multi-unit building owned by Debtor.  Trustee determined that debtor had undervalued the property and employed broker.  Property was sold per o/c 12-5-17 | 80,000.00 | Unknown | | 141,940.62 | FA |
| 3 | AUTOMOBILES AND OTHER VEHICLES<br>1998 Chevy Silverado, 172000 miles: Inconsequential value | 2,775.00 | 375.00 | | 0.00 | FA |
| 4 | AUTOMOBILES AND OTHER VEHICLES<br>1997 Cadillac Sedan, 171000 miles: Inconsequential value | 350.00 | 350.00 | | 0.00 | FA |
| 4 | **Assets Totals (Excluding unknown values)** | **$123,125.00** | **$725.00** | | **$141,940.62** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/31/18-  Trustee was authorized to sell debtor's real property.  Trustee's accountant has prepared income tax returns for the estate. Final report will be submitted after 505(b) clearance from IDOR.

**Initial Projected Date Of Final Report (TFR):** 09/28/2018  
**Current Projected Date Of Final Report (TFR):** 09/28/2018

Form 2

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-27348 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | LEE, LOUIS | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7473 | Account #: | ******5500 Checking |
| For Period Ending: | 06/18/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/21/17 | {2} | Donald Adams | November rent for Fulton property | 1110-000 | 300.00 | | 300.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 290.00 |
| 12/06/17 | {2} | Louis Lee | Turnover of post-petition rental income, less water bill payment and flood repair expense | 1110-000 | 838.00 | | 1,128.00 |
| 12/19/17 | | Chicago Title and Trust Company fbo David and Susanna Stephens | Proceeds of sale per o/c 12-5-17 | | 111,280.84 | | 112,408.84 |
| | {2} | David and Susanna Stephens | Proceeds of sale per o/c 12-5-17  $139,000.00 | 1110-000 | | | 112,408.84 |
| | | Eldorrado Chicago Real Estate | Real estate brokers commision  -$8,685.00 | 3510-000 | | | 112,408.84 |
| | | David and Susanna Stephens | Credit for Cook County real estate taxes  -$4,343.73 | 2820-000 | | | 112,408.84 |
| | | CT&T | Title and Escrow charges  -$2,515.50 | 2500-000 | | | 112,408.84 |
| | | CT&T | Transfer stamps  -$625.50 | 2500-000 | | | 112,408.84 |
| | | CT&T | Survey, water, zoning and land trust fees  -$1,549.43 | 2500-000 | | | 112,408.84 |
| | | David and Susanna Stephens | Closing credit for defective furnace discovered during pre-closing inspection  -$10,000.00 | 2500-002 | | | 112,408.84 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 43.96 | 112,364.88 |
| 01/25/18 | {2} | State Farm Mutual Insurance Company | Refund of unearned insurance premium (Non-compensable: premium advanced by Shaw Fishman on behalf of estate) | 1110-002 | 1,802.62 | | 114,167.50 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 177.95 | 113,989.55 |
| 02/08/18 | 101 | International Sureties, Ltd. | 2018 bond premium #016073584 | 2300-000 | | 72.36 | 113,917.19 |
| 02/16/18 | 102 | United States Treasury | 2017 Form 1041: 30-6587473 | 2810-000 | | 2,493.00 | 111,424.19 |
| 02/16/18 | 103 | Illinois Department of Revenue | 2017 Form IL 1041: 30-6587473 | 2820-000 | | 2,977.00 | 108,447.19 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 151.52 | 108,295.67 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 155.76 | 108,139.91 |
| 04/17/18 | | Treasurer of the State of Illinois | Refund of overpayment | 2820-002 | | -246.00 | 108,385.91 |
| | | | **Page Subtotals:** | | **$114,221.46** | **$5,835.55** | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

**Form 2**

Exhibit B

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 17-27348 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | LEE, LOUIS | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7473 | Account #: | ******5500 Checking |
| For Period Ending: | 06/18/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 150.47 | 108,235.44 |
| | | | COLUMN TOTALS | | 114,221.46 | 5,986.02 | $108,235.44 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 114,221.46 | 5,986.02 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $114,221.46 | $5,986.02 | |

*{ } Asset Reference(s)*     **UST Form 101-7-TFR (5/1/2011)**       *! - transaction has not been cleared*

**Form 2**

Exhibit B

Page: 3

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-27348 | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | LEE, LOUIS | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***7473 | **Account #:** | ******5500 Checking |
| **For Period Ending:** | 06/18/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5500 Checking | $114,221.46 | $5,986.02 | $108,235.44 |
| | $114,221.46 | $5,986.02 | $108,235.44 |

# Exhibit C

## Exhibit C

**Case: 17-27348**  LOUIS LEE

Claims Bar Date: 01/18/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| A | Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>05/09/18 | | $6,189.00<br>$6,189.00 | $0.00 | $6,189.00 |
| B | Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>05/09/18 | | $2,527.00<br>$2,527.00 | $0.00 | $2,527.00 |
| C | Kutchins, Robbins & Diamond, Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173<br><3410-000 Accountant for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>04/17/18 | | $1,198.50<br>$1,198.50 | $0.00 | $1,198.50 |
| FEE | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>06/18/18 | | $9,756.90<br>$9,756.90 | $0.00 | $9,756.90 |
| TE | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>03/20/18 | | $9.02<br>$9.02 | $0.00 | $9.02 |
| 2810-0000 | United States Treasur,<br><2810-000 Income Taxes - Internal Revenue Service (post-petition)><br>, 200 | Administrative<br>04/17/18 | | $2,493.00<br>$2,493.00 | $2,493.00 | $0.00 |
| 2820-0000 | Illinois Department of Revenue,<br><2820-000 Other State or Local Taxes (post-petition)><br>, 200 | Administrative<br>04/17/18 | | $2,731.00<br>$2,731.00 | $2,731.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 2

# Exhibit C

## Exhibit C

**Case: 17-27348**  **LOUIS LEE**

Claims Bar Date: 01/18/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/06/17 | | $389.27 $389.27 | $0.00 | $389.27 |
| 2 | Equity Funding LLC 6416 Pacific Hwy E FL 3 Fife, WA 98424 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/16/17 | | $171,941.67 $171,941.67 | $0.00 | $171,941.67 |
| 3 | Equity Funding LLC 6416 Pacific Hwy E FL 3 Fife, WA 98424 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/16/17 | | $171,898.21 $171,898.21 | $0.00 | $171,898.21 |
| 4 | Equity Funding LLC 6416 Pacific Hwy E FL 3 Fife, WA 98424 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/16/17 | | $246,363.95 $246,363.95 | $0.00 | $246,363.95 |
| 5 | Equity Funding LLC 6416 Pacific Hwy E FL 3 Fife, WA 98424 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/16/17 | | $259,528.30 $259,528.30 | $0.00 | $259,528.30 |
| 6 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/12/18 | | $1,118.39 $1,118.39 | $0.00 | $1,118.39 |
| | | | **Case Total:** | | **$5,224.00** | **$870,920.21** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 17-27348
Case Name: LOUIS LEE
Trustee Name: Richard M. Fogel

**Balance on hand:** $   108,235.44

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $   0.00
Remaining balance:  $   108,235.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 9,756.90 | 0.00 | 9,756.90 |
| Trustee, Expenses - Richard M. Fogel | 9.02 | 0.00 | 9.02 |
| Attorney for Trustee Fees - Shaw Fishman Glantz & Towbin LLC | 6,189.00 | 0.00 | 6,189.00 |
| Income Taxes - Internal Revenue Service (post-petition) - United States Treasur | 2,493.00 | 2,493.00 | 0.00 |
| Other State or Local Taxes (post-petition) - Illinois Department of Revenue | 2,731.00 | 2,731.00 | 0.00 |
| Attorney for Trustee, Expenses - Shaw Fishman Glantz & Towbin LLC | 2,527.00 | 0.00 | 2,527.00 |
| Accountant for Trustee Fees (Other Firm) - Kutchins, Robbins & Diamond, Ltd. | 1,198.50 | 0.00 | 1,198.50 |

Total to be paid for chapter 7 administrative expenses:  $   19,680.42
Remaining balance:  $   88,555.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:  $   0.00
Remaining balance:  $   88,555.02

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 88,555.02 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $851,239.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 389.27 | 0.00 | 40.50 |
| 2 | Equity Funding LLC | 171,941.67 | 0.00 | 17,887.20 |
| 3 | Equity Funding LLC | 171,898.21 | 0.00 | 17,882.68 |
| 4 | Equity Funding LLC | 246,363.95 | 0.00 | 25,629.40 |
| 5 | Equity Funding LLC | 259,528.30 | 0.00 | 26,998.90 |
| 6 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 1,118.39 | 0.00 | 116.34 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 88,555.02 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**