## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 17-27348 |
| Louis Lee, | ) | Hon. Donald R. Cassling |
| Debtor. | ) | |

### CERTIFICATE OF SERVICE

Richard M. Fogel, an attorney, state that on June 21, 2018, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be sent to the recipients listed on the attached Service List, via CM/ECF or proper postage prepaid from 321 N. Clark Street, Chicago, IL  60654, as indicated.

/s/ Richard M. Fogel

Richard M. Fogel (#3127114)
Fox Rothschild LLP
321 N. Clark Street, Suite 800
Chicago, IL  60654
312.276.1334

# Mailing Information for Case 17-27348

- Patrick S Layng                                    USTPRegion11.ES.ECF@usdoj.gov

- PRA Receivables Management LLC          claims@recoverycprp.com

- James L. Hardemon                            bknotices@legalremedieschicago.com


## Manual Notice List (Via U.S. Mail)

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Equity Funding LLC
6416 Pacific Highway E, Fl. 3
Fife, WA  98424

PYOD, as assignee of Citibank
c/o Resurgent Capital Services
PO Box 19008
Greenville, SC  29602

Louis Lee
26 N. Central Av.
Chicago, IL  60646