**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LEE, LOUIS                              §        Case No. 17-27348
                                               §
                                               §
                                               §
            Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**


        Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

        1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

        2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $43,125.00 | Assets Exempt: $17,400.00 |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $88,555.02 | Claims Discharged Without Payment: $1,120,206.77 |
| Total Expenses of Administration: $53,385.60 | |

        3) Total gross receipts of $141,940.62 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $141,940.62 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $53,385.60 | $53,385.60 | $53,385.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $901,418.00 | $851,239.79 | $851,239.79 | $88,555.02 |
| **TOTAL DISBURSEMENTS** | $901,418.00 | $904,625.39 | $904,625.39 | $141,940.62 |

4) This case was originally filed under chapter 7 on 09/13/2017.  The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:     09/11/2018                    By: /s/ Richard M. Fogel
                                                                    Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY | 1110-000 | $141,940.62 |
| **TOTAL GROSS RECEIPTS** | | **$141,940.62** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $9,756.90 | $9,756.90 | $9,756.90 |
| Trustee, Expenses - Richard M. Fogel | 2200-000 | NA | $9.02 | $9.02 | $9.02 |
| Attorney for Trustee Fees - Shaw Fishman Glantz & Towbin LLC | 3110-000 | NA | $6,189.00 | $6,189.00 | $6,189.00 |
| Attorney for Trustee, Expenses - Shaw Fishman Glantz & Towbin LLC | 3120-000 | NA | $2,527.00 | $2,527.00 | $2,527.00 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $72.36 | $72.36 | $72.36 |
| Costs re Sale of Property - CT&T | 2500-000 | NA | $4,690.43 | $4,690.43 | $4,690.43 |
| Costs re Sale of Property - David and Susanna Stephens | 2500-002 | NA | $10,000.00 | $10,000.00 | $10,000.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $689.66 | $689.66 | $689.66 |
| Income Taxes - Internal Revenue Service (post-petition) - United States Treasur | 2810-000 | NA | $2,493.00 | $2,493.00 | $2,493.00 |
| Other State or Local Taxes (post-petition) - David and Susanna Stephens | 2820-000 | NA | $4,343.73 | $4,343.73 | $4,343.73 |
| Other State or Local Taxes (post-petition) - Illinois Department of Revenue | 2820-000 | NA | $2,731.00 | $2,731.00 | $2,731.00 |
| Accountant for Trustee Fees (Other Firm) - Kutchins, Robbins & Diamond, Ltd. | 3410-000 | NA | $1,198.50 | $1,198.50 | $1,198.50 |
| Realtor for Trustee Fees (Real Estate Commissions) - Eldorrado Chicago Real Estate | 3510-000 | NA | $8,685.00 | $8,685.00 | $8,685.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$53,385.60** | **$53,385.60** | **$53,385.60** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | $389.00 | $389.27 | $389.27 | $40.50 |
| 2 | Equity Funding LLC | 7100-000 | $0.00 | $171,941.67 | $171,941.67 | $17,887.20 |
| 3 | Equity Funding LLC | 7100-000 | $161,673.00 | $171,898.21 | $171,898.21 | $17,882.68 |
| 4 | Equity Funding LLC | 7100-000 | $169,688.00 | $246,363.95 | $246,363.95 | $25,629.40 |
| 5 | Equity Funding LLC | 7100-000 | $211,131.00 | $259,528.30 | $259,528.30 | $26,998.90 |
| 6 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7100-000 | $1,015.00 | $1,118.39 | $1,118.39 | $116.34 |
| N/F | Urban Partnership Bank | 7100-000 | $146,391.00 | NA | NA | NA |
| N/F | Urban Pnr Bk | 7100-000 | $211,131.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$901,418.00** | **$851,239.79** | **$851,239.79** | **$88,555.02** |

**Form 1**

# Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 17-27348

**Case Name:** LEE, LOUIS

**For Period Ending:** 09/11/2018

**Trustee Name:** (330720) Richard M. Fogel

**Date Filed (f) or Converted (c):** 09/13/2017 (f)

**§ 341(a) Meeting Date:** 10/17/2017

**Claims Bar Date:** 01/18/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY<br><br>26 N. Central Ave., Chicago, IL 60644-0000- Jt. tenant with spouse. FMV:$80,000. Subject to mortgage in wife's name only. No equity. Automatic stay modified 1-23-18. | 40,000.00 | 0.00 | | 0.00 | FA |
| 2 | REAL PROPERTY<br><br>3234 W. Fulton Blvd., Chicago, IL 60624 Multi-unit building owned by Debtor. Trustee determined that debtor had undervalued the property and employed broker. Property was sold per o/c 12-5-17 | 80,000.00 | Unknown | | 141,940.62 | FA |
| 3 | AUTOMOBILES AND OTHER VEHICLES<br><br>1998 Chevy Silverado, 172000 miles: Inconsequential value | 2,775.00 | 375.00 | | 0.00 | FA |
| 4 | AUTOMOBILES AND OTHER VEHICLES<br><br>1997 Cadillac Sedan, 171000 miles: Inconsequential value | 350.00 | 350.00 | | 0.00 | FA |
| 4 | **Assets Totals (Excluding unknown values)** | **$123,125.00** | **$725.00** | | **$141,940.62** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/31/18- Trustee was authorized to sell debtor's real property. Trustee's accountant has prepared income tax returns for the estate. Final report will be submitted after 505(b) clearance from IDOR.

**Initial Projected Date Of Final Report (TFR):** 09/28/2018

**Current Projected Date Of Final Report (TFR):** 06/21/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

Exhibit 9
Page: 1

# Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 17-27348 | **Trustee Name:**     Richard M. Fogel (330720) |
| **Case Name:** | LEE, LOUIS | **Bank Name:**     Rabobank, N.A. |
| **Taxpayer ID #:** | **-***7473 | **Account #:**     ******5500 Checking |
| **For Period Ending:** | 09/11/2018 | **Blanket Bond (per case limit):** $5,000,000.00 |
| | | **Separate Bond (if applicable):** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/21/17 | {2} | Donald Adams | November rent for Fulton property | 1110-000 | 300.00 | | 300.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 290.00 |
| 12/06/17 | {2} | Louis Lee | Turnover of post-petition rental income, less water bill payment and flood repair expense | 1110-000 | 838.00 | | 1,128.00 |
| 12/19/17 | | Chicago Title and Trust Company fbo David and Susanna Stephens | Proceeds of sale per o/c 12-5-17 | | 111,280.84 | | 112,408.84 |
| | {2} | David and Susanna Stephens | Proceeds of sale per o/c 12-5-17   $139,000.00 | 1110-000 | | | 112,408.84 |
| | | Eldorrado Chicago Real Estate | Real estate brokers commision   -$8,685.00 | 3510-000 | | | 112,408.84 |
| | | David and Susanna Stephens | Credit for Cook County real estate taxes   -$4,343.73 | 2820-000 | | | 112,408.84 |
| | | CT&T | Title and Escrow charges   -$2,515.50 | 2500-000 | | | 112,408.84 |
| | | CT&T | Transfer stamps   -$625.50 | 2500-000 | | | 112,408.84 |
| | | CT&T | Survey, water, zoning and land trust fees   -$1,549.43 | 2500-000 | | | 112,408.84 |
| | | David and Susanna Stephens | Closing credit for defective furnace discovered during pre-closing inspection   -$10,000.00 | 2500-002 | | | 112,408.84 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 43.96 | 112,364.88 |
| 01/25/18 | {2} | State Farm Mutual Insurance Company | Refund of unearned insurance premium (Non-compensable: premium advanced by Shaw Fishman on behalf of estate) | 1110-002 | 1,802.62 | | 114,167.50 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 177.95 | 113,989.55 |
| 02/08/18 | 101 | International Sureties, Ltd. | 2018 bond premium #016073584 | 2300-000 | | 72.36 | 113,917.19 |
| 02/16/18 | 102 | United States Treasury | 2017 Form 1041: 30-6587473 | 2810-000 | | 2,493.00 | 111,424.19 |
| 02/16/18 | 103 | Illinois Department of Revenue | 2017 Form IL 1041: 30-6587473 | 2820-000 | | 2,977.00 | 108,447.19 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 151.52 | 108,295.67 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 155.76 | 108,139.91 |
| 04/17/18 | | Treasurer of the State of Illinois | Refund of overpayment | 2820-002 | | -246.00 | 108,385.91 |

**Page Subtotals:**     $114,221.46     $5,835.55

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page:  2

# Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 17-27348 | |
| **Case Name:** | LEE, LOUIS | |
| **Taxpayer ID #:** | **-***7473 | |
| **For Period Ending:** | 09/11/2018 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5500 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 150.47 | 108,235.44 |
| 07/17/18 | 104 | Shaw Fishman Glantz & Towbin LLC | Distribution payment - Dividend paid at 100.00% of $6,189.00; Claim # A; Filed: $6,189.00 | 3110-000 | | 6,189.00 | 102,046.44 |
| 07/17/18 | 105 | Shaw Fishman Glantz & Towbin LLC | Distribution payment - Dividend paid at 100.00% of $2,527.00; Claim # B; Filed: $2,527.00 | 3120-000 | | 2,527.00 | 99,519.44 |
| 07/17/18 | 106 | Kutchins, Robbins & Diamond, Ltd. | Distribution payment - Dividend paid at 100.00% of $1,198.50; Claim # C; Filed: $1,198.50 | 3410-000 | | 1,198.50 | 98,320.94 |
| 07/17/18 | 107 | Richard M. Fogel | Combined trustee compensation & expense dividend payments. | | | 9,765.92 | 88,555.02 |
| | | | Claims Distribution - Mon, 06-18-2018          $9,756.90 | 2100-000 | | | 88,555.02 |
| | | | Claims Distribution - Mon, 06-18-2018          $9.02 | 2200-000 | | | 88,555.02 |
| 07/17/18 | 108 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 10.40% of $389.27; Claim # 1; Filed: $389.27 | 7100-000 | | 40.50 | 88,514.52 |
| 07/17/18 | 109 | Equity Funding LLC | Distribution payment - Dividend paid at 10.40% of $171,941.67; Claim # 2; Filed: $171,941.67 | 7100-000 | | 17,887.20 | 70,627.32 |
| 07/17/18 | 110 | Equity Funding LLC | Distribution payment - Dividend paid at 10.40% of $171,898.21; Claim # 3; Filed: $171,898.21 | 7100-000 | | 17,882.68 | 52,744.64 |
| 07/17/18 | 111 | Equity Funding LLC | Distribution payment - Dividend paid at 10.40% of $246,363.95; Claim # 4; Filed: $246,363.95 | 7100-000 | | 25,629.40 | 27,115.24 |
| 07/17/18 | 112 | Equity Funding LLC | Distribution payment - Dividend paid at 10.40% of $259,528.30; Claim # 5; Filed: $259,528.30 | 7100-000 | | 26,998.90 | 116.34 |
| 07/17/18 | 113 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | Distribution payment - Dividend paid at 10.40% of $1,118.39; Claim # 6; Filed: $1,118.39 | 7100-000 | | 116.34 | 0.00 |
| | | **COLUMN TOTALS** | | | 114,221.46 | 114,221.46 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 114,221.46 | 114,221.46 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $114,221.46 | $114,221.46 | |

*{} Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**                    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page:  3

# Cash Receipts And Disbursements Record

**Case No.:**        17-27348

**Case Name:**     LEE, LOUIS

**Taxpayer ID #:**   **-***7473

**For Period Ending:** 09/11/2018

**Trustee Name:**          Richard M. Fogel (330720)

**Bank Name:**             Rabobank, N.A.

**Account #:**             ******5500 Checking

**Blanket Bond (per case limit):** $5,000,000.00

**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5500 Checking | $114,221.46 | $114,221.46 | $0.00 |
| | **$114,221.46** | **$114,221.46** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**